```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 21, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GRAND MANOR HEALTH RELATED
FACILITY, INC.,

                 Plaintiff,

                 -v-

JOHN KOSKINEN, in his official capacity as
Commissioner of the Internal Service;
INTERNAL REVENUE SERVICE; JULIAN
CASTRO, in his official capacity as Secretary of
the United States Department of Housing and
Urban Development; THE UNITED STATES
DEPARTMENT OF HOUSING AND URBAN
DEVELOPMENT; BERKADIA COMMERCIAL
MORTGAGE, LLC; HAMILTON EQUITIES
COMPANY; HAMILTON EQUITIES, INC.;
ROBERT NOVA; and SUZAN CHAIT-
GRANDT,

                 Defendants.
------------------------------------------------------------X

14-cv-10130 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

      On January 16, 2015, an initial conference was held in the above-referenced matter. As discussed at the conference:

1. Plaintiff shall pay the rent it has withheld to Mr. Rand's clients in the amount necessary to satisfy the mortgage default.

2. Ms. Waglow has agreed to consult with the IRS to determine if the same arrangement outlined in paragraph 1 is acceptable for the month of March on consent. The parties have agreed to deal with the legal issue between HUD

and the IRS and the factual issue regarding Mr. Nova's interest (if any) by March 2, 2015.  If the parties are unable to reach agreement, they shall bring any issue for resolution to the Court as soon as practicable.

3. The Court shall hold an in-person status conference on **Wednesday, February 18, 2015** at **11:30 a.m.**  At that conference, the Court will discuss any potential motions which may be filed, motions that have been filed, and a path to potential resolution of the matter.

SO ORDERED.

Dated:    New York, New York
          January 21, 2015

_____
                    KATHERINE B. FORREST
                    United States District Judge