Steven S. Rand
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400
Attorneys for Defendant
 *Berkadia Commercial Mortgage, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRAND MANOR HEALTH RELATED FACILITY, INC., <br><br> Plaintiffs, <br><br> - against - <br><br> JOHN KOSKINEN, in his official capacity as Commissioner of the Internal Revenue Service; INTERNAL REVENUE SERVICE; JULIAN CASTRO, in his official capacity as Secretary of the United States Department of Housing and Urban Development; THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; BERKADIA COMMERCIAL MORTGAGE, LLC; HAMILTON EQUITIES COMPANY; HAMILTON EQUITIES, INC.; ROBERT NOVA; and SUZAN CHAIT-GRANDT, <br><br> Defendants. | Case No.:   14-cv-10130 (KBF) <br><br> **NOTICE OF** <br> **APPEARANCE** |

To the Clerk of this Court and all parties of record:

ENTER my appearance as counsel in this case for defendant Berkadia Commercial Mortgage, LLC.  I certify that I am admitted to practice in this Court.

Dated:   New York, New York
         January 22, 2014

ZEICHNER ELLMAN & KRAUSE LLP

By: _____

Steven S. Rand
Attorneys for Berkadia Commercial
Mortgage, LLC
1211 Avenue of the Americas
New York, NY  10036
(212) 223-0400