Steven S. Rand
Tarique N. Collins
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400
Attorneys for Defendant
 *Berkadia Commercial Mortgage, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRAND MANOR HEALTH RELATED FACILITY, INC., <br><br> Plaintiffs, <br><br> - against - <br><br> JOHN KOSKINEN, in his official capacity as Commissioner of the Internal Revenue Service; INTERNAL REVENUE SERVICE; JULIAN CASTRO, in his official capacity as Secretary of the United States Department of Housing and Urban Development; THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; BERKADIA COMMERCIAL MORTGAGE LLC; HAMILTON EQUITIES COMPANY; HAMILTON EQUITIES, INC.; ROBERT NOVA; and SUZAN CHAIT-GRANDT, <br><br> Defendants. | Case No.:   14-cv-10130 (KBF) |

**DEFENDANT BERKADIA COMMERCIAL MORTGAGE, LLC's DISCLOSURE STATEMENT FILED PURSUANT TO FED. R. CIV. P. 7.1.**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Berkadia Commercial Mortgage LLC ("Berkadia"), a private non-governmental party, certifies that Berkadia is a privately owned corporation that is a special, master, and primary servicer that provides management and resolution services for

performing and nonperforming commercial mortgage loans and commercial real estate assets. Berkadia further certifies that it is an indirect subsidiary of both Leucadia National Corporation, a New York corporation, and Berkshire Hathaway, Incorporated, a Delaware corporation.

Dated: New York, New York
       January 28, 2015

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Steven S. Rand
Tarique N. Collins
Attorneys for Berkadia Commercial Mortgage LLC
1211 Avenue of the Americas
New York, NY 10036
(212) 223-0400