John J. Macron, Esq.
*Attorney for Hamilton Equities Company,*
*Hamilton Equities, Inc., Robert Nova, and Suzan Chait-Grandt.*
305 Broadway, 7th Floor
New York, New York  10007
(212) 323-7454

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X DOCKET NO. 14-CV-10130 (KBF) (jcf)
GRAND MANOR HEALTH RELATED
FACILITY, INC.,
                Plaintiff,

   -against-

JOHN KOSKINEN, in his official capacity as
Commissioner of the Internal Revenue Service;
INTERNAL REVENUE SERVICE;
JULIAN CASTRO, in his official capacity as
Secretary of the United States Department Of Housing
and Urban Development; THE UNITED STATES
DEPARTMENT OF HOUSING AND URBAN
DEVELOPMENT; BERKADIA COMMERCIAL
MORTGAGE, LLC; HAMILTON EQUITIES
COMPANY; HAMILTON EQUITIES, INC.;
ROBERT NOVA; AND SUZAN CHAIT-GRANDT,
                Defendants.
-----------------------------------------------------------------X

## NOTICE OF APPEARANCE

      **PLEASE TAKE NOTICE** that the undersigned has been retained as attorneys for

*Hamilton Equities Company, Hamilton Equities, Inc., Robert Nova, and Suzan Chait-Grandt*,

      **PLEASE TAKE FURTHER NOTICE** that all papers in this action are to be served

upon the undersigned attorneys at the address stated below.

Dated: New York, New York
       January 19, 2015

                                              Yours, etc.
                                              ***/s/John J. Macron***
                                              John J. Macron
                                              305 Broadway, 7th Floor
                                              New York, NY  10007
                                              212-323-7454