## ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

STEVEN S. RAND
(212) 826-5307
srand@zeklaw.com

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

February 13, 2015

<u>Via ECF</u>

Honorable Katherine B. Forrest
United States District Judge
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

**Grand Manor Health Related Facility, Inc. v. Koskinen, et al.,
<u>Civ. No. 14-10130 (KBF)</u>**

Dear Judge Forrest:

      I am counsel to defendant Berkadia Commercial Mortgage LLC ("Berkadia") in the referenced matter. On consent of all parties, I am writing to request a short adjournment of the initial pre-trial conference scheduled for February 20, 2015 to the next available date at the Court's convenience, as I will be traveling out of state on February 20, 2015.

      As Your Honor is no doubt aware, there is an in-person status conference scheduled for February 18, 2015, which might resolve the issues in this matter, in whole or in part.

      We thank the Court for its attention to this matter.

Respectfully submitted,

Steven S. Rand

SSR:mzg

cc: Roy Breitenbach, Esq. (by ECF)
     John Macron, Esq. (via email)
     Natasha L. Waglow, Esq. (via email)