```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
GRAND MANOR HEALTH RELATED                                        :
FACILITY, INC.,                                                   :
                                                                  :
                        Plaintiff,                                :
                                                                  :
            -v-                                                   :
                                                                  :
JOHN KOSKINEN, in his official capacity as                        :     14-cv-10130 (KBF)
Commissioner of the Internal Service;                             :
INTERNAL REVENUE SERVICE; JULIAN                                  :          ORDER
CASTRO, in his official capacity as Secretary of                  :
the United States Department of Housing and                       :
Urban Development; THE UNITED STATES                              :
DEPARTMENT OF HOUSING AND URBAN                                   :
DEVELOPMENT; BERKADIA COMMERCIAL                                  :
MORTGAGE, LLC; HAMILTON EQUITIES                                  :
COMPANY; HAMILTON EQUITIES, INC.;                                 :
ROBERT NOVA; and SUZAN CHAIT-                                     :
GRANDT,                                                           :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 18, 2015

KATHERINE B. FORREST, District Judge:

   On February 18, 2015, a conference was held in the above-referenced matter.

As discussed at the conference:

1. Mr. Breitenbach and Mr. Macron shall confer on a protocol allowing reasonable access for prospective buyers of the building. By COB **Monday, February 23, 2015**, they shall submit a letter regarding the issue's resolution or any remaining dispute for the Court to decide.

2. Ms. Waglow shall submit to the Court the interim stay agreement not later than **Wednesday, March 4, 2015**. If there remains an impasse on who

   should receive notice of potential buyers, the parties should sign the agreement without having that issue addressed in the agreement or resolved; the Court will make a separate determination as to notice if necessary.

3. Ms. Waglow shall inform the Court in the same letter by **Wednesday, March 4, 2015** if there is a resolution regarding the mortgage arrears.

4. The Court shall hold an in-person status conference on **Thursday, July 30, 2015** at **1:00 p.m.**

5. Pending the submission of the interim stay, the parties may take discovery, but may not make dispositive motions for the six month period. Once the six month period expires, the following schedule for summary judgment motions shall govern:

   - Opening motions: **October 29, 2015**

   - Opposition briefs: **November 20, 2015**

   - Reply briefs: **December 11, 2015**


   SO ORDERED.

Dated:     New York, New York
           February 18, 2015

                                   _____
                                   KATHERINE B. FORREST
                                   United States District Judge