**JOHN J. MACRON, ESQ.**
305 BROADWAY, 7th FLOOR
NEW YORK, NY 10007
Tel:  212-323-7454
Fax:  212-323-7455
john@macroncowhey.com

February 23, 2015

***Via ECF***

Honorable Katherine B. Forrest
United States District Judge
United States Courthouse
500 Pearl Street, Room 1950
New York, NY  10007

    **Re:**    **Grand Manor v Koskinen, Docket No. 14 cv 10130 (KBF)**

Dear Judge Forrest:

    I represent the defendants, Hamilton Equities Co., Hamilton Equities Inc., Robert J. Nova and Suzan Chait-Grandt in the within action. I write to advise the court that pursuant to your order Mr. Breitnbach and I have conferred and reached an agreement as to the protocol for visits to the building by perspective purchasers.  Presently visits are scheduled for Thurs February 26, Friday February 27 and Thursday March 5, 2015.  We do not require further Court assistance at this time.

    Respectfully,

    */s/* ***John J. Macron***

    John J. Macron

Cc:    Roy Breitenbach, Esq. (via ECF)
        Steven Rand, Esq. (via ECF)
        Natasha L. Waglow, Esq. (via ECF)