

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 11, 2015

<u>Via ECF</u>

Honorable Katherine B. Forrest
United States District Judge
United States Courthouse
500 Pearl Street, Room 1950
New York, New York  10007

   Re: *Grand Manor Health Related Facility, Inc. v. Koskinen, et al.*, Civ. No. 14-10130 (KBF)

Dear Judge Forrest:

  This Office represents defendants John Koskinen, in his official capacity as Commissioner of the Internal Revenue Service, the Internal Revenue Service, Julian Castro, in his official capacity as Secretary of the United States Department of Housing and Urban Development, and the United States Department of Housing and Urban Development in the above-referenced matter.  Pursuant to the Court's February 18, and March 5, 2015 Orders (Dkt. Nos. 27, 30), the parties have agreed upon a final Stipulation and Interim Stay Agreement, which includes terms addressing the parties' resolution of the mortgage arrears issue.  Because the agreement was reached this evening, the parties are unable to physically submit a fully executed Stipulation and Interim Stay Agreement today.  Tomorrow, upon receipt of all signatures to the agreement, the undersigned will promptly submit the fully executed Stipulation and Interim Stay Agreement to the Court.

  I thank the Court for its consideration of this issue.

           Respectfully submitted,

          PREET BHARARA
          United States Attorney for the
          Southern District of New York

         By: <u> s/ Natasha L. Waglow</u>
          NATASHA L. WAGLOW
          Assistant United States Attorney
          Telephone 212-637-2528
          Facsimile  212-637-2786
          E-mail:    natasha.waglow@usdoj.gov

cc: Roy Breitenbach, Esq. (by ECF)
   John Macron, Esq. (by ECF)
   Steven Rand, Esq. (by ECF)