John J. Macron, Esq.
Marilyn Cowhey Macron, Esq.
305 Broadway, 7th Floor
New York, New York 10007
*Attorney for Defendants,*
*Hamilton Equities Company,*
*Hamilton Equities, Inc.,*
*Robert Nova, and Suzan*
*Chait-Grandt*
305 Broadway, 7th Floor
New York, New York 10007
(212) 323-7454

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GRAND MANOR HEALTH RELATED FACILITY, INC.

                  Plaintiff,

  -against-

JOHN KOSKINEN, in his official capacity as Commissioner of the Internal Revenue Service; INTERNAL REVENUE SERVICE; JULIAN CASTRO, in his official capacity as Secretary of the United States Department of Housing and Urban Development; THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; BERKADIA COMMERCIAL MORTGAGE, LLC; HAMILTON EQUITIES COMPANY; HAMILTON EQUITIES, INC.; ROBERT NOVA; and SUZAN CHAIT-GRANDT,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**STATEMENT PURSUANT TO RULE 7.1**

Docket No. 14-cv-10130 (KBF) (JCF)

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Defendants, *Hamilton Equities Company, Hamilton Equities, Inc., Robert Nova, and Suzan Chait-Grandt* (hereinafter

"Answering Defendants") by their attorney, John J. Macron, certifies that there is no parent corporation(s), nor is there a publicly held corporation(s) that owns 10 percent or more of any of its stock.

Dated:	New York, New York
	March 16, 2015

                    Respectfully,

                    */s/ John J.. Macron*
                    John J. Macron
                    Marilyn Cowhey Macron
                    305 Broadway, 7th Floor
                    New York, NY  10007
                    212-323-7454