# JOHN J. MACRON, ESQ.
305 BROADWAY, 7th FLOOR
NEW YORK, NY 10007
Tel:  212-323-7454
Fax: 212-323-7455
john@macroncowhey.com

March 25, 2015

*Via ECF*

Honorable Katherine B. Forrest
United States District Judge
United States Courthouse
500 Pearl Street, Room 1950
New York, NY  10007

      Re:    <u>Grand Manor v Koskinen, et.al.  Docket No. 14 cv 10130 (KBF)</u>

Dear Judge Forrest:

      I represent the defendants, Hamilton Equities Co., Hamilton Equities Inc., Robert J. Nova and Suzan Chait-Grandt in the within action.  As the Court is aware, a stipulated interim stay is in effect in this matter pending the sale of the property located at 700 White Plains Rd., Bronx, NY.  Presently, a buyer has entered a contract of sale and is seeking to close tomorrow Thursday, March 26, 2015 at 10:30 AM.

      As part of this closing, co-defendants HUD, IRS and Berkadia are seeking a stipulation of discontinuance of the matters presently before the court regarding them.  I believe such a stipulation would be appropriate and I am ready to sign the same.  However, it appears that Plaintiff's counsel has indicated he will not sign a stipulation of discontinuance.  See email exchange between Steven Rand, Esq. and Roy Breitenbach, Esq.

      Accordingly, I  respectfully request that the Court schedule a phone conference this afternoon to determine if this matter can proceed to closing tomorrow.

                              Respectfully,
                              */s/ **John J. Macron***
                              John J. Macron

Cc:    Roy Breitenbach, Esq. (via ECF)
         Steven Rand, Esq. (via ECF)
         Natasha L. Waglow, Esq. (via ECF)

## Macron, John J.

**From:** "Steven S. Rand" <srand@zeklaw.com>
**To:** "'Breitenbach, Roy'" <rbreitenbach@garfunkelwild.com>
**Cc:** "Waglow, Natasha (USANYS)" <Natasha.Waglow@usdoj.gov>; "Macron, John J." <john@macroncowhey.com>; "Tarique N. Collins" <TCollins@zeklaw.com>
**Sent:** Wednesday, March 25, 2015 1:29 PM
**Subject:** RE: Grand Manor - Hamilton Equities

Roy

Assuming that Berkadia was to pay the reserve for replacement funds into court ( subject to HUD's review and approval), would that satisfy your concerns?

Please advise by return email.

Steve


**Steven S. Rand, Esq.**
Partner
Zeichner Ellman and Krause LLP

1211 Avenue of the Americas
New York, New York 10036
Tel. (212) 826-5307
Fax (212) 753-0396
srand@zeklaw.com

www.zeklaw.com

NEW YORK | NEW JERSEY | CONNECTICUT | ISRAEL

This transmission may contain sensitive and/or privileged information. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. In the event of such a transmission, kindly contact the sender to arrange retrieval. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

ZEK operates in Israel as Zeichner Ellman & Krause P.C.

---

**From:** Breitenbach, Roy [mailto:rbreitenbach@garfunkelwild.com]
**Sent:** Wednesday, March 25, 2015 12:41 PM
**To:** Steven S. Rand
**Cc:** Waglow, Natasha (USANYS); Macron, John J.; Tarique N. Collins
**Subject:** Re: Grand Manor - Hamilton Equities

We will not. Arrangement has to be made for the distribution of reserve for replacement funds

Sent from my iPhone

On Mar 25, 2015, at 12:39 PM, "Steven S. Rand" <srand@zeklaw.com> wrote:

Roy

We are advised that the prospective purchaser is ready to close tomorrow on the purchase of the subject premises.

We understand that at closing, Berkadia, HUD ( to the extent applicable) and the IRS ( the "Lienor Defendants") will be paid off.

Accordingly, we would like to circulate a stipulation dismissing the pending action against the Lienor Defendants, which we may submit to judge Forrest to be so ordered, upon closing.

Please confirm by return email that you will execute the stipulation on behalf of the plaintiff, and we will circulate the stipulation for execution.

Thanks in advance for your anticipated cooperation.

Steve


**Steven S. Rand, Esq.**
Partner
Zeichner Ellman and Krause LLP

1211 Avenue of the Americas
New York, New York 10036
Tel. (212) 826-5307
Fax (212) 753-0396
srand@zeklaw.com

<image001.jpg>

<image002.jpg>

NEW YORK | NEW JERSEY | CONNECTICUT | ISRAEL

This transmission may contain sensitive and/or privileged information. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. In the event of such a transmission, kindly contact the sender to arrange retrieval. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

ZEK operates in Israel as Zeichner Ellman & Krause P.C.

NOTICE:  This e-mail and the attachments hereto, if any, may contain legally
privileged and/or confidential information.  It is intended only for use by
the named addressee(s).  If you are not the intended recipient of this
e-mail, you are hereby notified that any dissemination, distribution or
copying of this e-mail and the attachments hereto, if any, is strictly
prohibited.  If you have received this transmission in error, please
immediately notify the sender by telephone and permanently delete this
e-mail and the attachments hereto, if any, and destroy any printout thereof.

IRS CIRCULAR 230 DISCLOSURE: To the extent that tax advice is contained in this correspondence (or any attachment hereto), such tax advice cannot be used by you, or any party to whom this correspondence is shown, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending the tax advice addressed herein to any other party.