UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
   :
GRAND MANOR HEALTH RELATED     :
FACILITY, INC.,     :
   :
         Plaintiff,     :
   :
     -v-     :
   :
JOHN KOSKINEN, in his official capacity as   :
Commissioner of the Internal Service;   :
INTERNAL REVENUE SERVICE; JULIAN   :
CASTRO, in his official capacity as Secretary of   :
the United States Department of Housing and   :
Urban Development; THE UNITED STATES   :
DEPARTMENT OF HOUSING AND URBAN   :
DEVELOPMENT; BERKADIA COMMERCIAL   :
MORTGAGE, LLC; HAMILTON EQUITIES   :
COMPANY; HAMILTON EQUITIES, INC.;   :
ROBERT NOVA; and SUZAN CHAIT-GRANDT, :
   :
         Defendants.     :
   :
------------------------------------------------------------------ X

14-cv-10130 (KBF)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 6, 2015

KATHERINE B. FORREST, District Judge:

The parties shall appear for an in-person conference on **Wednesday, April 8, 2015** at **1:00pm**. The parties should be prepared to discuss their positions on what, if anything, is left in this case.

SO ORDERED.

Dated:     New York, New York
         April 6, 2015

_____
     KATHERINE B. FORREST
     United States District Judge