ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

STEVEN S. RAND
(212) 826-5307
srand@zeklaw.com

April 7, 2015

**BY ECF**

Honorable Katherine B. Forrest
United States District Judge
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

**Grand Manor Health Related Facility, Inc. v. Koskinen, et al.,
Civ. No. 14-10130 (KBF)**

Dear Judge Forrest:

    We are counsel to Berkadia Commercial Mortgage LLC in the referenced action. I write on consent of all of the parties to advise the Court that the parties have agreed to settle the action and will be entering into a Stipulation memorializing the settlement terms.

    In view of the parties agreement to settle the case, we respectfully request a thirty day conditional order of dismissal, and cancellation of tomorrow's scheduled 1:00 p.m. conference, which will allow the parties time to finalize the settlement.

Respectfully submitted,

Steven S. Rand

SSR:mzg

cc:   Roy Breitenbach, Esq. (by ECF)
      John Macron, Esq. (by email)
      Natasha L. Waglow, Esq. (by email)