UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                          :

GRAND MANOR HEALTH RELATED        :
FACILITY, INC.,
                                                          :

                  Plaintiff,              :

                      -v-                          :

JOHN KOSKINEN, in his official capacity as    :      14-cv-10130 (KBF)
Commissioner of the Internal Service;          :
INTERNAL REVENUE SERVICE; JULIAN    :        ORDER
CASTRO, in his official capacity as Secretary of :
the United States Department of Housing and  :
Urban Development; THE UNITED STATES    :
DEPARTMENT OF HOUSING AND URBAN  :
DEVELOPMENT; BERKADIA COMMERCIAL :
MORTGAGE, LLC; HAMILTON EQUITIES   :
COMPANY; HAMILTON EQUITIES, INC.;    :
ROBERT NOVA; and SUZAN CHAIT-         :
GRANDT,
                                                          :

                  Defendants.      :

------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: April 7, 2015

KATHERINE B. FORREST, District Judge:

      On Tuesday, April 7, 2015, the parties informed the Court that they have reached a settlement in principle. Accordingly, this action is discontinued without costs to any party and without prejudice to restore the action to this Court's calendar if such an application is made not later than **Thursday, May 7, 2015**.

      All other dates and deadlines in this matter, including tomorrow's 1:00pm conference, are ADJOURNED.

The Clerk of Court is directed to terminate this action.

SO ORDERED.

Dated:    New York, New York
         April 7, 2015

                                    _____
                                         KATHERINE B. FORREST
                                       United States District Judge